# Exhibit A



**ASBURY**
AUTOMOTIVE GROUP
Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

29 1 4736 **********************MIXED AADC 300
Omar S Aviles

April 22, 2024

*Dear Omar S Aviles:*

Asbury Automotive Group recognizes the importance of protecting the personal information we maintain. We are writing to inform you of a security incident that involved some of your information. This letter explains the incident, measures we have taken, and some additional steps you may consider taking in response.

On December 25, 2023, we detected unauthorized access to files on some of our file servers. Immediately upon identifying the unauthorized activity, we implemented our incident response plan, took steps to contain the activity, and launched an investigation. A cybersecurity firm that has assisted other companies in similar situations was engaged and law enforcement was notified. The investigation identified that an unauthorized actor accessed certain systems in our network and, on December 25, 2023, acquired files stored on some of our file servers. We conducted a thorough review of the involved files and, on March 25, 2024, determined that the files contained your name and Social Security number.

We wanted to notify you of this incident and to assure you that we take it seriously. Additionally, we arranged for you to receive a complimentary one-year membership of identity monitoring services through Identity Defense. These services are completely free to you and enrolling in these services will not hurt your credit score. For more information on identity theft prevention, additional steps you can take in response to this incident, and instructions on how to activate your complimentary, one-year membership, please see the pages that follow this letter.

We regret that this incident occurred. To prevent something like this from happening again, we have taken steps to enhance our existing security measures. If you have any questions about this incident, please call our dedicated assistance line a 888-681-1265, Monday through Friday, 9.00 a.m. to 9.00 p.m., Eastern Time, excluding major U.S. holidays.

Sincerely,

Jed M. Milstein
SVP, Chief HR Officer