# EXHIBIT B





# Privacy Policy & Terms of Service

*Asbury Automotive Group - Updated 05/10/2023*

## Website Usage Terms

By use of this Site and submission of its forms, customer agrees to opt-in to sharing all customer non-public information (NPI) for all intended purposes described herein. Please read the Privacy Policy below for more information regarding customer NPI. Use of this site for any purpose signals that you agree to the terms and conditions as set forth here. If you do not agree to these terms, then please exit this site.

This website is licensed and operated by Asbury Automotive Group, an automotive dealership operation or related dealership marketing entity consisting of the dealership(s), make(s), vehicle inventory and/or marketing content represented in this website and its subsidiary websites. Dealer is in the business of selling new cars, new trucks, new SUVs, sport utility vehicles, used cars, used trucks, certified pre-owned vehicles, certified used cars and/or other related automotive industry parts, service, after-market finance and insurance products, collision center and body shop products.

The information within this website is provided "as is." No warranty is expressed or implied to the fullest extent permissible by applicable law. Dealer and any of its providers of information do not warrant error-free or uninterrupted service of this website. Those who enter this website from outside jurisdictions do so at their own initiative and are directly responsible for compliance with their local laws to the extent those laws apply.

All vehicles are sold on an "as-is" basis unless stated otherwise. Picture may not represent actual vehicle. Prices and special offers are subject to change, and do not include taxes and government fees. Mileage listings are estimates and are not necessarily accurate odometer readings. Some vehicle information and vehicle pricing may be unintentionally missing or inaccurate, and Dealer will endeavor to correct such discrepancies in a commercially reasonable manner upon Customer notification of such errors or omissions, but pricing errors and listing errors are considered invalid and may or may not be honored at the sole discretion of Dealer and its participating dealerships. The payment calculator provides estimates, only, and should not be used to determine exact finance terms, which are subject to final lender approval. Dealer is not a lender, but may be able to assist you in obtaining financing from a third party lender. You may secure financing through any financing entity that you choose and the financing terms you get could be more favorable. Daily changes in inventory may result in the unavailability of certain vehicles listed on-line. A commercially reasonable effort will be made to keep the inventory database current.

## Privacy Policy

Because we collect information from site visitors, and about site visitors, through various ways, please read this privacy statement to help you understand the terms and conditions surrounding the collection and use of that information.



will take commercially reasonable physical, electronic and managerial measures to safeguard and secure any information you provide to us (e.g. data will be stored in protected databases on secured servers with restricted access). Please note that no security system is impenetrable, and we cannot and do not guarantee the security of our servers or that of our affiliates and partners.

## Data We Gather

Anytime you visit our website, we may gather certain non-personally identifiable information regarding the means you use to access our site. This information may include the type and version of your browser, your service provider, your IP address and any search engine you may have used to locate the site. This information does not include e-mail addresses. We use this information to help diagnose problems with our server, administer the website, and compile broad statistical data. In addition, we gather certain navigational information about where you go on our websites. This information enables us to determine which areas of the websites are most frequently visited and helps us to tailor the sites to the needs and interests of our online visitors.

In addition, some of our websites use a third party tracking service to collect non-personally identifiable online demographical and behavioral data generated by website visitors.

For example, some of our websites use a third party tracking service provided by R.L. Polk & Co. to collect non-personally identifiable online demographical and behavioral data generated by website visitors. A data collection script provided by this service and installed on our website collects the following kinds of data: all your website session activity, including your personally identifiable information when entered into a form field such as name, phone, email, or when you arrive at our website through a link containing a unique identifier; links that you click, pages that you view, form fields that you select, and text fields that you enter. The information is used to compile your shopping activity to produce an individual shopping profile for you, which contains information about your brand preferences, and to aggregate your website behavioral data in anonymized form with all other visitors' anonymized shopping activity data on our website to help us analyze industry trends, general shopping patterns, overall consumer demands, and website performance. If you desire more information about this service, please visit https://www.ihs.com/btp/dataium-consumer-information.html. You may opt-out of this data collection by clicking on this opt-out link https://cdn.ihs.com/www/dataiumprivacy.html and then following the prompts. Note, this is the opt-out for Datium data collection, only. To opt out of marketing from our company, follow the opt-out procedures described in the opt-out procedures section below.

## Information Voluntarily Provided by Our Website Visitors

Any information you provide to us (i.e. name, phone number, e-mail address, physical address, etc.) when you enroll in one of our reminder services, request information, or use any of the other interactive portions of our websites or other tools (ex: Digital Assistants, online chat, etc.), is securely maintained on our web server and internal systems. This information may be used for marketing purposes and to provide you with information you've requested about our company, our products and our services, or to provide you with special notices. By providing your contact information to us, you consent that we may market to you using that contact information. For example, if you provide a phone number, you consent to phone calls and texts from us to that number. You may opt out of receiving future marketing communications at any time (see opt-out procedures below). These data points may also be used to



## Combining Information about Our Website Visitors

We may combine information that you voluntarily provide to us on this site with information we collect from you offline (for example, in person at one of our dealerships), and/or with information we collect from a third party about you, and/or information that we gather about you as a visitor on this site or affiliated sites. We may also combine non-identifying information such as IP addresses with other information we have collected to identify an individual. This information may be used for marketing purposes and to provide you with information you've requested about our company, our products and our services, or to provide you with special notices. You may opt out of receiving future marketing communications at any time (see opt-out procedures below).

## Information Collected from Other Sources

To help us better understand and respond to your needs and interests, we may in the future receive information about you from other sources. We will ask any provider of such information to represent and warrant that the information has been gathered and maintained in accordance with all state and federal laws. Any such information will be maintained by us in accordance with the standards set forth in this privacy policy along with other personal information you've provided.

## Disclosure of Personal Information

Our company understands the importance of your privacy. We collect and maintain the personal information of our consumers for our use and our subsidiaries. We do not sell, rent, or trade consumer information to third parties, other than as described below.

## Business Partners

Our company may partner with select retailers and other companies at various times to provide expanded services to our website visitors. As part of such a relationship, we may share with these companies the information provided by you to us. Information provided by site visitors through the use of such interactive functions may be available to both our company and our partners.

## Agents

Our company may use other companies and individuals to perform certain functions on our behalf. Examples include administering e-mail services and running special promotions. Such parties only have access to the personal information needed to perform these functions and may not use or store the information for any other purpose.

## Business Transfers

In the event that our company sells or transfers a particular portion of its business assets, consumer information may be one of the business assets transferred as part of the transaction. If substantially all of the assets of a business unit are acquired, consumer information may be transferred as part of the acquisition.

## Compliance with Law/Safety



# Use of Cookies

Our company may use a browser feature known as a "cookie." Cookies are small files placed on your hard drive that assist us in providing you with a customized browsing experience. Our company uses cookies to provide you with the convenience of not having to reenter information, such as user IDs and passwords, multiple times during your visits to our websites. Cookies can also be utilized to help us provide you with information targeted to your interests, based upon your prior browsing on our websites. The "help" section of the toolbar on most browsers will inform you on how to prevent your browser from accepting new cookies, how to have the browser notify you upon the receipt of a new cookie, or how to disable the use of cookies completely. As our websites have been designed to take advantage of the use of cookies. Should you configure your browser to decline their use, certain features of our websites may not function correctly and you may be required to renter any user IDs and passwords more frequently.

# Accessing Our Websites from Outside of the United States

If you are visiting our website from a location outside of the U.S., your connection will be through and to servers located in the U.S. Any information you provide during your visit will be processed and maintained on our Web server and other internal systems located within the U.S.

# External Links

Our websites contain links to other sites. Our company is not responsible for the privacy practices or the content of such websites. To help ensure the protection of your privacy, we recommend that you review the privacy policy of any site you visit via a link from one of our websites.

# Accounts & Passwords

The personal data record created through your registration with our website can only be accessed with the unique account and password. To protect the integrity of the information contained in this record, you should not disclose or otherwise reveal your account or password to third parties, and you should use strong passwords.

# Public Forums

Our websites may make chat rooms, forums, message boards, and/or news groups available to its users at various times. Please remember that, unless otherwise stated, any information that is disclosed in these areas becomes public information and you should exercise caution when deciding to disclose your personal information in these areas.

# Children

Our web sites are not intended or designed for use by children under the age of 18. To comply with the Children's Online Privacy Protection Act, children under 13 should not provide us with any personal information online. We strongly urge parents to supervise their children's online activity.

# Opt-Out Procedures



we or our business partners may still communicate with you for other non-marketing business purposes. Examples include, but are not limited to, notifications relating to an appointment, collection of payment, or a manufacturer recall affecting your vehicle.

To be removed from our marketing mailing and emailing list, you may contact us as described below. Please provide your name, dealership or group name, and the mailing address, email address, and phone number you wish to be removed. Please specify whether you want to be removed from mailing lists, e-mail lists, or phone lists. You will be removed within 30 days.

In the case of e-mails from us, you may unsubscribe at any time through the process described above, or by following the unsubscribe instructions contained in our e-mails.

Please note that, from time to time, third party companies may market to you on our behalf. If the third party marketing company communicates to you using contacts or other information that we have gathered, you may opt-out of those third party marketing communications by following the opt-out process above. However, some third party marketing companies send communications on our behalf using their own lead, independently gathered information. We are not able to process or push opt-out requests to third parties using their own independent lead information.

## Data Deletion Procedures

In addition to opting out of marketing communications, you may also request deletion of personal information that we have collected or maintained on you. To request deletion of personal information, contact us as described below. Please specify that you wish to have personal information deleted and provide your name, and a mailing address, email address, or phone number in case we need to contact you for additional information to complete your request. We will process your request within 30 days subject to the following: We do not process data deletion requests where we need to retain personal information to do any of the following: Comply with the law; Provide goods or services to the consumer; Detect or resolve issues security or functionality-related issues; Carry out any actions for internal purposes that the consumer might reasonably expect.

## Contacting Our Team

If you have questions concerning this Privacy Policy or the practices of these sites, you may contact us at privacy@asburyauto.com or by mail at:

Privacy Policy Administrator
Asbury Automotive Group
2905 Premiere Parkway, Suite 300
Duluth Georgia 30097





New Cars                                              Schedule Service

Used Cars                                             Collision Estimates

Certified Pre-Owned Cars                              Sell / Trade

Buy with Clicklane

**Support**                                           **Company**

Vehicle Research                                      Locations

Sitemap                                               Privacy Policy

Jobs                                                  Branding

Contact Us

Built with love by the Digital Army Rangers.          Copyright © 2024 Asbury Automotive Group.